## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

AMANDA A. PARFAIT,

Plaintiff,

v.

EQUIFAX CONSUMER SERVICES
LLC,  EXPERIAN INFORMATION
SOLUTIONS, INC., AND FIRST
FEDERAL CREDIT CONTROL INC.,

Defendants.

Case  No.   8:25-CV-01827-JLB-SPF

_____ /

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Patrick T. Kalbac, Esq. of the law firm of Venable LLP hereby gives Notice to the Court and all interested parties of his appearance as counsel on behalf of Defendant Experian Information Solutions, Inc. in this matter, and further requests that copies of all documents, pleadings, notices, motions, orders and any and all other papers served or filed in the above-styled matter be directed to the undersigned.

Dated May 31, 2026.                 Respectfully submitted,

VENABLE LLP
*Attorney for Experian Information Solutions, Inc.*
801 Brickell Avenue, Suite 1500
Miami, Florida 33131
Telephone: (305) 349.2300
Facsimile: (305) 349.2310

By:   s./ Patrick T. Kalbac
Patrick T. Kalbac (FBN 101164)
ptkalbac@venable.com