**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

AMANDA A. PARFAIT,

Plaintiff,

v.                                                        Case No. 6:25-CV-01296-AGM-NWH

EQUIFAX CONSUMER SERVICES LLC,
EXPERIAN INFORMATION SOLUTIONS,
INC., AND FIRST FEDERAL CREDIT
CONTROL INC.,

Defendants.

_____/

**AMENDED NOTICE OF APPEARANCE**
**(Amended to include Certificate of Service)**

PLEASE TAKE NOTICE that Patrick T. Kalbac, Esq. of the law firm of Venable LLP hereby gives Notice to the Court and all interested parties of his appearance as counsel on behalf of Defendant Experian Information Solutions, Inc. in this matter, and further requests that copies of all documents, pleadings, notices, motions, orders and any and all other papers served or filed in the above-styled matter be directed to the undersigned.

**Certificate of Service**

THIS IS TO CERTIFY that on June 1, 2026, the foregoing was electronically filed with the Clerk of Court via the Court's CM/ECF system, which will E-mail notification of such filing to all attorneys of record.  I further certify that I E-mailed

and mailed the foregoing and the notice of  electronic filing by first-class mail to the

following non-CM/ECF participant:

Amanda A. Parfait, Plaintiff Pro Se
1781 Grande Pointe Blvd., Apt. 9109
Orlando, FL  32825
Email:  sewtillblue@gmail.com


Dated June 1, 2026                          Respectfully submitted,

                                            VENABLE LLP
                                            *Attorney for Experian Information Solutions, Inc.*
                                            801 Brickell Avenue, Suite 1500
                                            Miami, Florida 33131
                                            Telephone:  (305) 349.2300
                                            Facsimile:  (305) 349.2310

                                            By:   s/ Patrick T. Kalbac
                                            Patrick T. Kalbac (FBN 101164)
                                            ptkalbac@venable.com