# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

AMANDA A. PARFAIT,

    **Plaintiff,**

    v.

EQUIFAX INFORMATION
SERVICES, LLC, TRANSUNION,
LLC, and EXPERIAN
INFORMATION SOLUTIONS, INC.

    **Defendants.**

**Civil Action No. 6:25-cv-01296-AGM-NWH**

## MOTION TO WITHDRAW THE
## APPEARANCE OF NOAH J. DIPASQUALE

Pursuant to Local Rule 2.02, the undersigned, Noah J. DiPasquale, respectfully requests to withdraw as counsel for Defendant Experian Information Solutions, Inc. ("Experian") in this matter. This case has been transferred to the law firm of Venable LLP for representation and service as lead counsel. Experian will be represented by Patrick T. Kalbac of Venable LLP, who is admitted to this Court. A proposed Order granting the Motion to Withdraw is attached hereto as **Exhibit A.**

## **LOCAL RULE 2.02(c)(1)(B) CERTIFICATION**

The undersigned certifies that Experian is aware of the upcoming withdrawal, and that Experian consents.

*/s/ Noah J. DiPasquale*
Noah J. DiPasquale
Florida State Bar No. 1003238

Dated: June 2, 2026

Respectfully submitted,

*/s/ Noah J. DiPasquale*
Noah J. DiPasquale
Florida State Bar No. 1003238
TROUTMAN PEPPER LOCKE LLP
1001 Haxall Point
Richmond, VA 23219
Telephone: (804) 697-1266
Facsimile:   (804) 697-1339
Email: noah.dipasquale@troutman.com

Patrick T. Kalbac
Florida State Bar No. 101164
VENABLE LLP
801 Brickell Avenue, Suite 1500
Miami, Florida 33131
Telephone: (305) 349-2300
Facsimile:   (305) 349-2310

*Counsel for Experian Information Solutions, Inc.*

3

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2026, I caused the foregoing document to be filed with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record. I further certify that I served a copy by U.S. Mail upon:

Amanda A. Parfait
10422 Bridlewood Ave
Orlando, FL 32825
*Pro Se Plaintiff*

/s/ Noah J. DiPasquale
Noah J. DiPasquale
Florida State Bar No. 1003238
*Counsel for Experian Information Solutions, Inc.*

4

317954924