# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

AMANDA A. PARFAIT,

Plaintiff,

vs.

EQUIFAX CONSUMER SERVICES LLC,

EXPERIAN INFORMATION SOLUTIONS LLC,

FIRST FEDERAL CREDIT CONTROL INC

Defendant(s)

Case No.: 6:25-CV-01296-AGM-NWH

# CERTIFICATION OF COMPLIANCE WITH RULE 11

Plaintiff, Amanda A. Parfait, appearing pro se, by and through the undersigned counsel, and pursuant to this Court's Standing Order Requiring Disclosure of the Use of Artificial Intelligence (ECF No. 62), state as follows:

I certify that I have reviewed the Standing Order Requiring Disclosure of the Use of Artificial Intelligence. With regard to docket entries 1, 3, 4, 5, 27, 41, 49, 50, 52, 53, 55, 57 by my signature below I confirm under penalty of perjury that either (1) artificial intelligence was not used in the preparation of the filing or, (2) if artificial intelligence was used, every cited authority was personally reviewed by the filer in advance of the filing.

Dated: June 11, 2026

Respectfully submitted,

Amanda A. Parfait, Pro Se

10422 Bridlewood Ave

Orlando, FL 32825

(561) 914-6561

sewtillblue@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of June 2026, a true and correct copy of the foregoing Certification of Compliance with Rule 11, was served via electronic mail upon counsel for Defendants:

Sylas Kern, Seyfarth Shaw LLP — Counsel for Equifax Consumer Services LLC

Dale Golden, Martin Golden Lyons Watts & Morgan, PLLC — Counsel for First Federal Credit Control Inc.

Patrick Thomas Kalbac, Venable LLP— Counsel for Experian Information Solutions LLC