UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

AMANDA A. PARFAIT,

Plaintiff,

vs.

EQUIFAX CONSUMER SERVICES LLC,

EXPERIAN INFORMATION SOLUTIONS
LLC,

FIRST FEDERAL CREDIT CONTROL INC

Defendant(s)

Case No.: 6:25-CV-01296-AGM-NWH

PLEADING TITLE

## Notice to the Court

NOW COMES Plaintiff, AMANDA A. PARFAIT, appearing *pro se*, and respectfully submits this Notice to the Court for Clarification of Local Rule and Case Management, and states as follows:

Please excuse my confusion but based on the scheduling order/ Case management the only mention of Local Rule 3.01(e) states the following "**Emergency Motions –** The Court may consider and determine emergency motions at any time. Local Rule 3.01(e)". (ECF No. 33 at page 5)

It goes on to state "Each party opposing a motion for summary judgment shall serve, within **thirty** days after being served with such motion, a legal memorandum with citation of authorities in opposition to the relief requested of not more than twenty pages." and that "Material facts set forth in the stipulation will be deemed admitted for the purposes of the motion. The Court will accept a seven-page reply.

The reply shall not be repetitive, make an argument already given, or introduce a new argument. The reply shall be filed within **fourteen** days after the response is served." (ECF No. 33 at pages 6 & 7).  I am asking the Honorable Court to please clarify the Case Management because I thought the seven-page reply with in fourteen days to respond was specifically for a reply to the Material facts.

Also, I only became aware of the ENDORSED ORDER (ECF No.67) at 9: 48 p.m on July 3, 2026. Seeing as it is a holiday weekend, Independence day (the 4th of July) was observed by the government on Friday July 3,2026, and the Middle District of Florida Court was closed there is not a way that I could have Amended the reply and filed within three days. I file electronically but in person with the Clerk and not electronically, because I don't have permission from the court to file electronically through CM/ECF I am requesting leniency for what is considered timely for the filing of the Amended Rely as a submission can only be at the earliest July 6, 2026.

Dated: July 6, 2026,

Respectfully submitted,

Amanda A. Parfait, Pro Se

10422 Bridlewood Ave

Orlando, FL 32825

(561) 914-6561

sewtillblue@gmail.com